ABBOTT BETARD, Respondent, v. DONALD A. McCLURE, JR., et al., Appellants.—

Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.